I**N THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.   **09-cv-2923-AP**

**BRANDY MARTIN,**

    **Plaintiff,**

    **v.**

**MICHAEL ASTRUE, COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

    For Plaintiff:
    Chris R. Noel, Esq.
    3000 Pearl Street, Suite 105
    Boulder, Colorado 80301-2431
    Telephone:  (303) 449-6503
    Fax:  (720) 214-1836
    E mail: chrisnoel@noelaw.com

    For Defendant:
    David Gaouette
    United States Attorney

    Kevin Thomas Traskos
    Assistant U.S. Attorney
    Kevin.Traskos@usdoj.gov

    Special Assistant U.S. Attorney
    1961 Stout Street, Suite 1001A
    Denver, Colorado  80294
    Telephone:  (303) 844-1570; Fax: (303) 844-0770
    anthony.narvarro@ssa.gov
    Attorneys for Defendant

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 USC 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**     **Date Complaint Was Filed: 12/15/09.**

    **B.**     **Date Complaint Was Served on U.S. Attorney's Office: 12/16/09**

    **C.**     **Date Answer and Administrative Record Were Filed: 2/26/10.**

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

**Plaintiff states:** Although Plaintiff's counsel will thoroughly review the Record, the accuracy and completeness of the Administrative Record cannot be ascertained until after Plaintiff's final opening brief is finally drafted and filed.

**Defendant states:** To the best of his knowledge, the record is complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

**Plaintiff states:** See paragraph four above.

**Defendant states:** None anticipated.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

Plaintiff states: This case involves no unusual claims.

Defendant states: This case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

    Plaintiff states: The record appears to be complete, but a final position by Plaintiff cannot be determined until the final draft of his opening brief is filed.

    Defendant states: The administrative record is complete.

**8. BRIEFING SCHEDULE**

A.   **Plaintiff's Opening Brief Due: April 27, 2010**

   B.   **Defendant's Response Brief Due: June 10, 2010**

   C.   **Plaintiff's Reply Brief Due: June 25, 2010**

**9. STATEMENTS REGARDING ORAL ARGUMENT**

   A.   **Plaintiff's Statement:** Oral Argument is requested if only to clarify any outstanding issues, and at the Court's behest.

   B.   **Defendant's Statement:** Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

   A.   **(  ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

   B.   **( x ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

DATED: March 18, 2010

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/Chris R. Noel<br>CHRIS R. NOEL<br>3000 Pearl Street, Suite 105<br>Boulder, Colorado 80301-2431<br>Telephone: (303) 449 6503<br>FAX: 720 214 1836<br>e mail: chrisnoel@noelaw.com<br>Attorney for Plaintiff Brandy Martin | David Gaouette<br>UNITED STATES ATTORNEY<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>kevin.traskos@usdoj.gov<br><br>s/<br>By:<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, Colorado 80294<br>Telephone: (303) 844-1570<br>anthony.narvarro@ssa.gov<br><br>Attorneys for Defendant |